IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF
TENNESSEE AT KNOXVILLE

| | |
|---|---|
| BARBARA LIGHT )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>)<br>MENU FOODS INCOME FUND )<br>)<br>Defendant. )<br>) | DOCKET NO. 3:07-CV-00098 |

FILED
2007 MAY 10 P 12: 27

## MOTION FOR ADMISSION PRO HAC VICE

The undersigned, counsel for Menu Foods Income Fund, moves for admission to appear in this action *pro hac vice*. (Check applicable box).

    ☒    I reside in the Northern District of Illinois, where I am admitted and entitled to practice. A certificate of good standing is attached. (E.D. TN LR 83.5(d)). **FILING FEE = $60.00.**

    ☐    An application for my admission to practice in this Court is currently pending. (E.D. TN LR 83.5(h)). **NO FILING FEE REQUIRED.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   May 9, 2007
                (Date)

                                                          _____
                                                                      (Signature)

Name:     Edward B. Ruff, III
Address:  Pretzel & Stouffer, Chartered
              One South Wacker Drive
              Suite 2500
              Chicago, Illinois 60606
              (312) 578-7450
              (312) 346-8242 - facsimile

## CERTIFICATE OF SERVICE

I do hereby certify that an exact copy of this pleading has been served upon all counsel of record by placing same in the United States Mail, postage prepaid, or by the court's electronic filing system.

This 10th day of May, 2007

_____
for O'Neil, Parker & Williamson

# CERTIFICATE OF GOOD STANDING



United States of America

}ss. Edward B. Ruff III

Northern District of Illinois

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Edward B. Ruff III was duly admitted to practice in said Court on (12/17/1981) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (05/09/2007 )

Michael W. Dobbins, Clerk,

By: Liri Isufi
Deputy Clerk