# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| **BARBARA LIGHT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )　　No. 3:07-CV-98 |
| | )　　(Phillips) |
| **MENU FOODS INCOME FUND,** | ) |
| | ) |
| **Defendant.** | ) |

### ORDER

Michael P. Turiello, Priya K. Jesani and Edward B. Ruff, III, request the court for admission to practice in this case pro hac vice on behalf of defendant [Docs. 7, 8, and 9]. Counsel state that they are members in good standing of the United States District Court for the Northern District of Illinois, and have attached a certificate of good standing from that court to their motions. Accordingly, the motions for admission pro hac vice of counsel for defendant [Docs. 7, 8, and 9] are **GRANTED**.

**ENTER:**



　　　　　　　　　　　s/ Thomas W. Phillips
　　　　　　　　　　　United States District Judge